IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JOEL VICARS,** | ) | **CASE NO. 7:14CV00620** |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **HAROLD CLARKE,** *ET AL.***,** | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. Defendants' motion for protective order (docket no. 19) is **GRANTED**;

2. Defendants' motion for summary judgment (docket no. 17) is **GRANTED** as to plaintiff's claims under 42 U.S.C. § 1983;

3. Plaintiff's claims under state law are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c) and 1915A(b)(1); and

4. The clerk **SHALL** strike the case from the active docket of the court and provide the parties with a true copy of the summary judgment opinion entered this day in the related case of *Peters v. Clarke*, No. 7:14CV00598.

ENTER: This 26th day of August, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE